Craig B. Sanders, Bar No. 284397
csanders@sanderslaw.group
SANDERS LAW GROUP
333 Earle Ovington Blvd., Suite 402
Uniondale, NY 11553
Telephone:     516.203.7600

Attorneys for Plaintiff
JENNIFER WINNE

Sophia B. Collins, Bar No. 289318
scollins@littler.com
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, California  94597
Telephone:     925.932.2468
Fax No.:         925.946.9809

Jennifer A. Goldberg, Bar No. 292216
jagoldberg@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, California  90067.3107
Telephone:     310.553.0308
Fax No.:         800.715.1330

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennifer Winne,<br><br>            Plaintiff,<br><br>      v.<br><br>Safety Holdings Inc. d/b/a SambaSafety and Uber Technologies, Inc.,<br><br>            Defendants. | Case No. 2:24-cv-02610-AC<br><br>**[PROPOSED]** **ORDER GRANTING STIPULATION TO PROCEED WITH FINAL AND BINDING ARBITRATION** |

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

[PROPOSED] ORDER
2:24-CV-02610-AC

**[PROPOSED] ORDER**

Based on the Parties' Stipulation to Stay Action and Proceed with Final and Binding Arbitration, and good cause showing, the Court hereby orders:

(1) That all of Plaintiff's claims in the Complaint alleged against Uber be submitted to final and binding individual arbitration pursuant to applicable law and to the terms of the applicable Arbitration Agreement;

(2) The filing date of the Complaint, September 27, 2024, shall be the date of Plaintiff's filing of claims and/or demand for purposes of determining limitation periods;

(3) Plaintiff's claims against Uber shall remain stayed pending the decision of the Arbitrator and the Court shall retain jurisdiction for purposes of enforcing this Stipulation and final arbitration order or award; and

(4) Plaintiff's claims against Uber should continue to be stayed.

**IT IS SO ORDERED.**

DATED: November 19, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA
94597
925.932.2468

2

2:24-CV-02610-AC