TROUTMAN PEPPER HAMILTON SANDERS LLP
Ryan A. Lewis (SBN 307253)
ryan.lewis@troutman.com
Three Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone: 415.477.5700
Facsimile: 415.477.5710

Attorneys For Defendant
Safety Holdings Inc. d/b/a SambaSafety

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER WINNE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SAFETY HOLDINGS INC. D/B/A SAMBASAFETY AND UBER TECHNOLOGIES, INC.,<br><br>　　　　　Defendants. | Case No. 2:24-cv-02610-AC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO PROCEED WITH FINAL AND BINDING ARBITRATION** |

　　　　Based on the Parties' Stipulation to Proceed with Final and Binding Arbitration, and good cause having been shown, the Court hereby orders:

　　　　1.　　That all of Plaintiff's claims in the Complaint alleged against SambaSafety shall be submitted to final and binding arbitration pursuant to the parties' stipulation and the terms of the applicable Arbitration Agreement;

　　　　2.　　The filing date of the Complaint, September 27, 2024, shall be the date of Plaintiff's filing of claims and/or demand for purposes of determining limitation periods; and

　　　　3.　　Plaintiff's claims against SambaSafety, as well as any obligation of SambaSafety to respond to Plaintiff's claims, shall be stayed pending the decision of the Arbitrator and the Court

shall retain jurisdiction for purposes of enforcing this Stipulation and final arbitration order or award.

**IT IS SO ORDERED.**

DATED: December 12, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE